No. 92–8944. NEWELL *v.* BROWN, DIRECTOR, MICHIGAN DE-
PARTMENT OF CORRECTIONS, ET AL. C. A. 6th Cir. Certiorari
denied.

No. 92–8945. BARRY ET AL. *v.* FEDERAL LAND BANK. C. A.
8th Cir. Certiorari denied.

No. 92–8946. WHITE *v.* DISTRICT OF COLUMBIA. Ct. App.
D. C. Certiorari denied.

No. 92–8947. CORRIGAN *v.* TOMPKINS ET AL. Ct. App. Wash.
Certiorari denied.

No. 92–8948. ALLEN *v.* COLLINS, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A.
5th Cir. Certiorari denied.

No. 92–8949. HARRIS *v.* COUNTY OF SACRAMENTO, CALIFOR-
NIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–8950. ROTHWELL *v.* UNITED STATES. C. A. 5th Cir.
Certiorari denied.

No. 92–8951. GLOVER *v.* UNITED STATES. C. A. 10th Cir.
Certiorari denied.

No. 92–8952. SCHULTZ *v.* WISCONSIN. Ct. App. Wis. Cer-
tiorari denied.

No. 92–8953. SCOTT *v.* JUDICIAL INQUIRY AND REVIEW
BOARD. Sup. Ct. Pa. Certiorari denied.

No. 92–8955. CHARLIE *v.* UNITED STATES. C. A. 11th Cir.
Certiorari denied.

No. 92–8956. BUCKNER *v.* TAYLOR, WARDEN, ET AL. C. A.
4th Cir. Certiorari denied.

No. 92–8958. THOMLE *v.* UNITED STATES. C. A. 9th Cir.
Certiorari denied.

No. 92–8959. SINCLAIR *v.* HENMAN, WARDEN, ET AL. C. A.
10th Cir. Certiorari denied.

No. 92–8960. DAVIS *v.* SINGLETARY, SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari
denied.